# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YESENIA RANGEL, ) | CIV-F-08-1990 AWI SMS |
| Plaintiff, ) ) | |
| v. ) ) | ORDER VACATING HEARING DATE OF MARCH 2, 2009 |
| NDEX WEST, LLC, AMERICA'S SERVICING COMPANY, and DOES 1-50, inclusive, ) ) ) ) | |
| Defendants. ) ) | |

    Defendant Wells Fargo Bank (sued erroneously as America's Servicing Company) has noticed for hearing (1) a motion to dismiss the complaint for failure to state a claim, or in the alternative, for more definite statement and (2) a motion to expunge lis pendens. The matter was scheduled for oral argument on March 2, 2009. Plaintiff has filed neither an opposition nor a notice of non-opposition. Thus, Plaintiff is in violation of Local Rule 78-230(c) and is no longer entitled to be heard at oral argument. The court has reviewed the papers and has determined that the motion is suitable for decision without further oral argument. See Local Rule 78-230(h).

    Therefore, IT IS HEREBY ORDERED that the previously set hearing date of March 2, 2009, is VACATED, and no party shall appear at that time. As of that date, the court will take the matters under submission and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   February 24, 2009           /s/ Anthony W. Ishii
                                                 CHIEF UNITED STATES DISTRICT JUDGE

1