UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YESENIA RANGEL,<br><br>        Plaintiff,<br><br>    v.<br><br>NDEX WEST, LLC, AMERICA'S SERVICING COMPANY, and DOES 1-50, inclusive,<br><br>        Defendants. | CIV-F-08-1990 AWI SMS<br><br>ORDER REMOVING LIS PENDENS AND CLOSING CASE |

On August 17, 2009, the court dismissed Plaintiff's complaint without prejudice, giving her thirty days to file an amended complaint. Plaintiff was warned that "Failure to timely file an amended complaint will result in closure of this case and expungement of the lis pendens." Doc. 16, August 17, 2009 Order, at 8:13-14. Plaintiff has neither filed an amended complaint, requested additional time to respond, nor made any other contact with the court as of October 5, 2009. The court concludes that Plaintiff is no longer seeking to prosecute this case.

The Notice of Pendency of Action (Lis Pendens) recorded on November 7, 2008 in the Official Records of the Kern County Recorder's Office as Instrument Number 0208175115 is expunged in accordance with Cal. Code. Civ. Proc. §405.31. Per the prior order, the clerk's office is directed to close this case.

IT IS SO ORDERED.

Dated:   October 7, 2009                   /s/ Anthony W. Ishii
                                                     CHIEF UNITED STATES DISTRICT JUDGE